# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **4:22-CR-00199-01-JM**

**DWAN THOMPSON, JR.**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 31) is DENIED.

Defendant did not receive "status points" at sentencing, so retroactive guideline Amendment 821 does not change his sentence.

IT IS SO ORDERED this 12th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE